1  ALLAN B. GELBARD, ESQ. (CA Bar # 184971)
   THE LAW OFFICES OF ALLAN B. GELBARD
2  15760 Ventura Boulevard, Suite 801
   Encino, CA 91436
3  Tel:(818)386-9200
   Fax:(818)386-9289
4  E-Mail: XXXEsq@aol.com

5  Attorney for Plaintiff
   Bryanston Distributors, Inc.
6

7           UNITED STATES DISTRICT COURT FOR THE

8                CENTRAL DISTRICT OF CALIFORNIA

9

10
   BRYANSTON DISTRIBUTORS, INC.,       CASE NO: 2:15-CV-03077CAS(Ex)
11 a Nevada corporation,
                                       ORDER DISMISSING ACTION
12          Plaintiff

13 vs.

14 DONALD F. KERN, an Individual, and
   DOES 1-10, Inclusive,
15
            Defendants
16

17

18       The Parties having settled this matter and so stipulating;

19 **IT IS HEREBY SO ORDERED**:

20       This case is dismissed with prejudice; and,

21       All parties are to bear their own attorney's fees and costs.

22

23 Date  January 13, 2016
                                       _____
24                                     Hon.  Christina A. Snyder
                                       United States District Court Judge
25

26 Submitted by

27 THE LAW OFFICES OF ALLAN B. GELBARD
   s/Allan B. Gelbard, Esq.
28 Allan B. Gelbard, Esq.
   Attorney for Plaintiff
   Bryanston Distributors, Inc.

ALLAN B. GELBARD, ESQ.
15760 Ventura Boulevard, Suite 801 Encino, CA 91436
Tel (818)386-9200 • Fax (818)386-9289